# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT L. LINDSAY; BETTY L. RADOVICH; ROSALIE KIERNAN, as Personal Representative of the Estate of Rebecca Nicholson; individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | CV 19-29-GF-BMM-JTJ<br><br>**ORDER** |

The Court conducted a hearing on all pending motions on July 31, 2019. During the hearing, Plaintiffs moved for leave to file an Amended Complaint. For the reasons stated in open court,

IT IS ORDERED:

1. Plaintiffs' oral Motion for Leave to File an Amended Complaint is GRANTED. Plaintiffs shall file their Amended Complaint on or before August 23, 2019.

2. Defendant's Motion to Dismiss Plaintiffs' Complaint (Doc. 11) is

Taken Under Advisement subject to the submission of supplemental briefs. Defendant shall file its supplemental brief in support of its Motion to Dismiss on or before September 6, 2019. Plaintiffs shall file their supplemental response brief on or before September 20, 2019.

3. Defendant's Motion for Judicial Notice (Doc. 13) is DENIED.

4. Defendant's Motion to Stay Discovery Pending Resolution of the Motion to Dismiss (Doc. 22) is GRANTED.

DATED this 7th day of August, 2019.

John Johnston
United States Magistrate Judge