IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DANNY PEDERSEN, as Personal Representative of the Estate of Robert L. Lindsay; BETTY L. RADOVICH; WANDA WOODWICK; and ROSALIE KIERNAN, as Personal Representative of the Estate of Rebecca Nicholson; individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | CV 19-29-GF-BMM-JTJ<br><br>**ORDER** |

Plaintiffs have moved for a pretrial conference and a discovery conference in this case. Defendant does not oppose the motion.

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion for a Pretrial Conference and a Discovery Conference (Doc. 87) is GRANTED.

2. The Court will conduct a pretrial conference, a discovery conference

and a hearing on all pending motions[1] at 11:00 a.m. on December 16, 2020, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 1st day of December, 2020.

                                        John Johnston
                                        United States Magistrate Judge

---

[1] Docs. 73 and 75