# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# Great FALLS DIVISION

| | |
|---|---|
| Danny Pedersen, as Personal Representative of the Estate of Robert L. Lindsay; Betty L. Radovich; Wanda Woodwick; and Rosalie Kiernan, as Personal Representative of the Estate of Rebecca Nicholson; individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>State Farm Mutual Automobile Insurance Company, an Illinois Corporation,<br><br>Defendant. | Cause No.: CV-19-29-GF-BMM<br><br>Order Granting Plaintiffs' Unopposed Motion for Time Extension |

Upon motion filed by plaintiffs, and good cause shown,

IT IS HEREBY ORDERED that Plaintiffs have until February 26, 2021 to file their response to Defendant's motion for a protective order.

DATED this 22nd day of February.

_____
John Johnston
United States Magistrate Judge