IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DANNY PEDERSEN, as Personal Representative of the Estate of Robert L. Lindsay; BETTY L. RADOVICH; WANDA WOODWICK; and ROSALIE KIERNAN, as Personal Representative of the Estate of Rebecca Nicholson; individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | CV 19-29-GF-BMM-JTJ<br><br>**ORDER** |

The Court conducted a hearing on all pending motions on April 6, 2021. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Defendant's Motion for Entry of a Protective Order (Doc. 102) is GRANTED. The Court will issue a Protective Order substantially similar in form to the Protective Order proposed by State Farm. State Farm's proposed Protective Order will be modified to include the following text:

    a.    State Farm must prepare and submit to Plaintiffs a Protective Order log for all documents it claims are covered by the Protective Order;

    b.    The Protective Order log must: 1) explain why each document that has been marked "confidential" or "trade secret" is, in fact, confidential; and 2) describe the specific harm or prejudice that will result if the document is not covered by the Protective Order; and

    c.    The Protective Order log must be accompanied by a supporting affidavit.

2.    State Farm's Motion to Preserve the Confidentiality of State Farm's Agent Resource Material (Doc. 104) is GRANTED.

    DATED this 8th day of April, 2021.

*John Johnston*
United States Magistrate Judge