IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DANNY PEDERSEN as Personal Representative of the Estate of ROBERT L. LINDSAY; BETTY L. RADOVICH; WANDA WOODWICK; ROSALIE KIERNAN, as Personal Representative of the Estate of Rebecca M. Nicholson, individually and on behalf of those similarly situated; and UNNAMED PUTATIVE CLASS REPRESENTATIVES,<br>　　　　Plaintiffs,<br>　-vs-<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an ILLINOIS CORPORATION,<br>　　　　Defendant. | Cause No. CV-19-29-GF-BMM-JTJ<br><br>**ORDER GRANTING EMERGENCY MOTION TO SEAL EXHIBIT TO BRIEF** |

On Plaintiffs' emergency motion and for good cause therefor:

IT IS ORDERED that Exhibit B to the Brief in Support of Plaintiffs'

Opposed Motion to Shorten Time for Defendant to Respond to Eighth Discovery

1

Requests and Request for Expedited Ruling (Doc. 192) shall be filed under seal.

DATED this __6th__ day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court