IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DANNY PEDERSEN, as Personal Representative of the Estate of Robert L. Lindsay; BETTY L. RADOVICH; WANDA WOODICK; and ROSALIE KIERNAN, as Personal Representative of the Estate of Rebecca Nicholson; individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Cause No. 4:19-cv-00029-BMM-JTJ<br><br>**ORDER** |

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") has filed an Unopposed Motion for Extension of Time for Defendant to Respond to Plaintiffs' Motion to Compel (Doc. 229). Pursuant to that motion and for good cause appearing,

IT IS ORDERED that the motion is GRANTED. State Farm shall have up to and including April 25, 2022, to response to Plaintiffs' Motion to Compel.

DATED this 19th day of April, 2022.

                                                                         */s/ Brian Morris*

                                          Brian Morris, Chief District Judge
                                          United States District Court