# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| DANNY PEDERSEN, as Personal Representative of the Estate of Robert L. Lindsay; BETTY L. RADOVICH; WANDA WOODICK; and ROSALIE KIERNAN, as Personal Representative of the Estate of Rebecca Nicholson; individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Cause No. 4:19-cv-00029-BMM-JTJ<br><br>**ORDER** |

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") has filed an Unopposed Motion to Seal Exhibits to Plaintiffs' Brief In Support Of Motion To Compel (ECF No. 230). Good cause appearing,

IT IS HEREBY ORDERED that State Farm's motion is GRANTED. Exhibits 2-7 (ECF No. 230-2, 230-3, 230-5, 230-6 and 230-7) to Plaintiffs' Brief shall be sealed.

DATED this 20th day of April, 2022

_____
Brian Morris, Chief District Judge
United States District Court