UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DANNY PEDERSEN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT L. LINDSAY; BETTY L. RADOVICH; WANDA WOODWICK; AND ROSALIE KIERNAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF REBECCA NICHOLSON; INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AN ILLINOIS CORPORATION,<br><br>          Defendant. | Case No. CV-19-29 -GF-BMM-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED 1. Plaintiffs' Motion to Certify Questions of Substantive Law (Doc. 211) is DENIED; 2. Plaintiffs' Motions to

Compel (Docs. 227 and 229) are DENIED; 3. Plaintiffs' Motion for Leave to File a Second Amended Complaint (Doc. 260) is DENIED, IN PART, AND GRANTED, IN PART. Plaintiffs' motion is denied in all respects except to allow substitution of Randy Tarum for Danny Pedersen as personal representative for Robert Lindsay's estate. In that respect, Plaintiffs' motion is construed as a motion to substitute for a proper party; 4. State Farm's motion for Summary Judgment (Doc. 214) is GRANTED; and 5. Plaintiffs' Motion to Certify Class (Doc. 262) is DENIED AS MOOT..

Dated this 27th day of June, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Kelsey Hanning
Kelsey Hanning, Deputy Clerk