IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RANDY TARUM, as Personal Representative of the Estate of Robert L. Lindsay; BETTY L. RADOVICH; WANDA WOODWICK; and ROSALIE KIERNAN, as Personal Representative of the Estate of Rebecca Nicholson; individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Cause No. 4:19-cv-00029-BMM-JTJ<br><br><br><br><br>**ORDER** |

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") has filed a Motion to Seal Confidential Documents and Notice of Settlement of Costs. Pursuant to that motion and for good cause appearing,

IT IS ORDERED that the motion is GRANTED. The clerk is directed to seal Doc. 151, Doc. 151-1, and Doc. 230-2 from the public record.

IT IS FURTHER ORDERED that State Farm's Application for Taxation of Costs is DENIED as MOOT pursuant to the notice of settlement.

DATED this 10th day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts